# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Leslie Ellis, ) | |
| ) | |
|    Plaintiff, ) | Civil Action File No.: |
| ) | 1:20-cv-03708-AT-CCB |
| v. ) | |
| ) | |
| Grant & Weber, Inc., ) | |
| ) | |
|    Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Leslie Ellis, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **without prejudice**, all claims against Defendant, Grant & Weber, Inc., in this case. As indicated by the signature of its counsel below, Grant & Weber, Inc., stipulates to Plaintiff's voluntary dismissal of the instant matter.

It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

This 18th day of December, 2020.

*[Signatures Appear on Following Page]*

1

| **BERRY & ASSOCIATES** | **HINSHAW & CULBERTSON LLP** |
|---|---|
| */s/ Matthew Berry* | */s/ Paul Buschmann* |
| Matthew Berry, GA Bar No.: 055663 | Paul Buschmann, GA Bar No.: 098430 |
| matt@mattberry.com | pbuschmann@hinshawlaw.com |
| Telephone: (404) 235-3334 | Telephone: (954) 375-1134 |
| 2751 Buford Highway, Suite 600 | One East Broward Blvd., Suite 1010 |
| Atlanta, GA 30324 | Ft. Lauderdale, FL 33301 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

BERRY & ASSOCIATES

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
matt@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
*Counsel for Plaintiff*